UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CVR PINEWOOD VINTAGE VINES, LLC,

                Plaintiff,

      v.

EVANSTON INSURANCE COMPANY,

                Defendant.

No. 23-CV-2895 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

Oral argument on the parties' pending cross-motions for summary judgment is hereby scheduled for September 11, 2025 at 2:30 p.m. Argument will be held at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated:    August 26, 2025
           New York, New York

                                        Ronnie Abrams
                                        United States District Judge