**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CVR PINEWOOD VINTAGE VINES, LLC,

                Plaintiff,

-against-                         23 **CIVIL** 2895 (RA)

                                  **JUDGMENT**

EVANSTON INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2025, Evanston's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      September 30, 2025

                                                  **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                      **BY:**
                                                      **Deputy Clerk**